disbursements, with leave to the defendants-appellants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

SIDNEY GANS and Others, etc., Plaintiffs, Respondents, and JAY WINSTON and Others, Executors, etc., of CORNELIUS D. KAY, Deceased, and CHARLES A. CROWNSHIELD, Plaintiff-Intervenors, Respondents, v. WILLIAM R. HEARST and Others, Defendants, and JOHN F. NEYLAN, Defendant, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

HERMAN BALIK, Doing Business under the Firm Name of MAX BALIK'S SON, Appellant, v. BENJAMIN SCHOTTLAND, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

NEWSPAPER FEATURES, INC., Appellant, Respondent, v. PUBLISHERS SERVICE COMPANY, INC., Respondent, Appellant, Impleaded with Another, Defendant.— Order unanimously modified by granting items 1-a and 7 of the defendant's notice of motion for a bill of particulars, and by denying item 4 which relates to general, not special damages, and as so modified affirmed, without costs. No opinion. The bill of particulars need not be served until plaintiff has completed its examination before trial. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., takes no part.

NEWSPAPER FEATURES, INC., Appellant, Respondent, v. PUBLISHERS SERVICE COMPANY, INC., Respondent, Appellant, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously modified by granting items 25 to 29 inclusive, of plaintiff's notice of motion for examination of the defendant before trial, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., takes no part.

JOHN ROTH, Respondent, v. THE REICHSBANK, Sometimes Known, Referred to, and Designated as the "REICHSBANK," and the "REICHSBANK-DIREKTORIUM," Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JOHN ROTH, Respondent, v. THE REICHSBANK, Sometimes Known, Referred to, and Designated as the "REICHSBANK," and the "REICHSBANK-DIREKTORIUM," Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

HUNTER PRINTING Co., INC., Appellant, v. GEORGE WINSTON and Others, Defendants, Impleaded with ALECK SLADE, Respondent.— Order unanimously reversed, without costs of this appeal, the judgment, and the order entered October 18, 1939, vacated, and plaintiff permitted to file a note of issue for the next term of the court on payment of twenty dollars costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of EDWARD F. TORMEY and Others for an Order Requiring Provision and Payment of Moneys Due Petitioners, under and by Virtue of Local Law No. 26 of the Laws of 1937, and Other Applicable Laws, v. FIORELLO